Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Terry L. Shirley, | Case No. 2:18-cv-01605-RFB-VCF |
| Plaintiff, | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| vs. | |
| Ditech Financial LLC, SCE Federal Credit Union, Target National Bank, America Honda Fienance Corporation, United Services of America Federal Credit Union, Innovis Data Solutions, Inc. *d/b/a/* Innovis, Equifax Information Services LLC, Trans Union, LLC and Experian Information Solutions, Inc., | **(SECOND REQUEST)** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from November 14, 2018 through and including **November 28, 2018**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

///

///

1    This stipulation is filed in good faith and not intended to cause delay.

2    Respectfully submitted this 14th day of November, 2018.

				SNELL & WILMER LLP

				By: /s/ *Bradley Austin*
				Bradley T. Austin
				Snell & Wilmer, LLP
				3883 Howard Hughes Pkwy., Suite 1100
				Las Vegas, NV 89169
				Tel: 702-784-5200
				Fax: 702-784-5252
				Email: baustin@swlaw.com

				*Attorneys for Defendant*
				*Equifax Information Services, LLC*

				**<u>No opposition</u>**

				 /s/ *Michael Kind*
				Michael Kind, Esq.
				Nevada Bar No. 13903
				**Kazerouni Law Group, APC**
				6069 S. Fort Apache Rd, Suite 100
				Las Vegas, NV 89148
				Phone: (800) 400-6808
				FAX: (800) 520-5523
				Email: mkind@kazlg.com

				*Attorney for Plaintiff*


				**IT IS SO ORDERED:**

				_____
				United States Magistrate Judge
				DATED:  11-14-2018

4819-0089-1515

- 2 -