**DANIELLE A. KOLKOSKI, ESQ.**
Nevada State Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
dakolkoski@wolfewyman.com

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY L. SHIRLEY,<br><br>    Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, SCE FEDERAL CREDIT UNION, TARGET NATIONAL BANK, AMERICA HONDA FINANCE CORPORATION, UNITED SERVICES OF AMERICA FEDERAL CREDIT UNION, INNOVIS DATA SOLUTIONS, INC. *d/b/a* INNOVIS, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:18- cv-1605<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

  IT IS HEREBY STIPULATED AND AGREED between Defendant, DITECH FINANCIAL LLC (hereinafter, "DITECH") and Plaintiff, TERRY L. SHIRLEY, by and through their undersigned attorneys, that DITECH shall have up to and including December 10, 2018 to file a Response to Plaintiff's Complaint as the parties are engaging in potential early resolution.

///

///

1

3217799.1

This is DITECH's first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet.

DATED: November 27, 2018

DATED: November 27, 2018

WOLFE & WYMAN LLP

KAZEROUNI LAW GROUP, APC

By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada State Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    Ditech Financial

By: */s/ Michael Kind*
    MICHAEL KIND ESQ.
    Nevada Bar No. 13903
    6069 South Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148
    Attorney for Plaintiff

2

3217799.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DITECH FINANCIAL LLC shall have up to and including December 10, 2018 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

Dated this 27th day of November , 2018.

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted by,

DATED: November 27, 2018

WOLFE & WYMAN LLP

By:*/s/ Danielle A. Kolkoski*_____
  DANIELLE A. KOLKOSKI
  Nevada Bar No.: 8506
  6757 Spencer Street
  Las Vegas, NV 89119
  Attorneys for Defendant
  **DITECH FINANCIAL LLC**

3217799.1

**CERTIFICATE OF MAILING**

On November 27, 2018, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DITECH FINANCIAL LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

David H. Krieger, Esq.  dkrieger@hainesandkrieger.com
Michael Kind, Esq.  mkind@kazlg.com

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
and
Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

Attorneys for Plaintiff

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

4

3217799.1