Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Terry L. Shirley*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Terry L. Shirley,<br><br>Plaintiff,<br>v.<br><br>Ditech Financial LLC, SCE Federal Credit Union, Target National Bank, America Honda Finance Corporation, United Services of America Federal Credit Union, Innovis Data Solutions, Inc. *d/b/a* Innovis, Equifax Information Services LLC, Trans Union, LLC and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No. 2:18-cv-01605-RFB-VCF<br><br>**Stipulation of Dismissal of Equifax Information Services LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Terry L. Shirley ("Plaintiff") and Defendant Equifax Information Services LLC, ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of April 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**CLARK HILL PLLC**

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Defendant Equifax Information Services, LLC*

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of April, 2019.

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 11, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148